# EXHIBIT "C"

```
BOCA RATON REGIONAL HOSP BRRH MAIL CODE 5599            30708026002
800 MEADOWS ROAD         P O BOX 105046          H1314500080  STATEMENT COVERS PERIOD
BOCA RATON    FL 334862304 ATLANTA    GA    30348   H0000674297  FROM    THROUGH    0117
                                                    MCK2
5613957100     STT8985700                     591006663  052513 061513
MCGEE, MOLLY T         800 SE 20TH AVENUE
                       DEERFIELD BE                                          33441
```

| 31 OCCURRENCE CODE/DATE | 32 | 33 | 34 | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 | 37 |
|---|---|---|---|---|---|---|
| 71 982 | | | | 11 052513 35 060413 | | |

MOLLY T MCGEE
800 SE 20TH AVENUE
UNIT 110
DEERFIELD BE, FL 33441

| 39 VALUE CODES | 40 VALUE CODES | 41 VALUE CODES |
|---|---|---|
| 01  1150.00 | 80  21.00 | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0120 | ROOM-BOARD/SEMI | 1150.00 | | 1 | 1150.00 | |
| 0120 | ROOM-BOARD/SEMI | 1900.00 | | 10 | 19000.00 | |
| 0202 | ICU/MEDICAL | 2380.00 | | 10 | 23800.00 | |
| 0250 | PHARMACY | | | 479 | 7732.18 | |
| 0251 | DRUGS/GENERIC | | | 402 | 2034.68 | |
| 0252 | DRUGS/NONGENERIC | | | 196 | 9501.13 | |
| 0257 | DRGS/NONSCRPT | | | 10 | 60.00 | |
| 0258 | IV SOLUTIONS | | | 298 | 7294.31 | |
| 0270 | MED-SUR SUPPLIES | | | 24 | 810.50 | |
| 0271 | NON-STER SUPPLY | | | 1 | 135.96 | |
| 0272 | STERILE SUPPLY | | | 26 | 3624.55 | |
| 0278 | SUPPLY/IMPLANTS | | | 2 | 1308.16 | |
| 0300 | LABORATORY | | | 1 | 18.54 | |
| 0301 | LAB/CHEMISTRY | | | 143 | 26351.04 | |
| 0302 | LAB/IMMUNOLOGY | | | 51 | 2282.29 | |
| 0305 | LAB/HEMOTOLOGY | | | 47 | 5515.65 | |
| 0306 | LAB/BACT-MICRO | | | 24 | 3464.08 | |
| 0307 | LAB/UROLOGY | | | 5 | 401.70 | |
| 0309 | LAB/OTHER | | | | 60.77 | |
| 0311 | PATHOL/CYTOLOGY | | | 2 | 335.78 | |
| 0312 | PATHOL/HYSTOL | | | 2 | 173.04 | |
| 0320 | DX X-RAY | | | 7 | 6289.18 | |

PAGE 1 OF 2      CREATION DATE 070213     TOTALS     1902826779

PHCS MED PLUS SHORT TER    54 PRIOR PAYMENTS    55 EST AMOUNT DUE 201975.58   56 NPI 0664806

MCGEE MOLLY, T    STT8985700                            STX97

3662                    CORRECTED CLAIM

59010  Y486   N51881  N0389   N99592  N42821  N78551  N4275   N2761   Y
95601  N1122  Y00845  N5934   Y42983  N7824   Y59971  Y591    Y2768   N
       59010                          981

69 ADMIT 5E8   70 PATIENT REASON DX 1761   71 PPS   72 ECI
                                                                     1306073499  0BME0112655
74 PRINCIPAL PROCEDURE                                    76 ATTENDING   GOLUB    JASON
   9960  052913  3893  052913  3891  052913              1023018744              0BME0082831
                                                         77 OPERATING  BARNES    NATHALIE
                 US SHORT                                1013904457
TER PO BOX 21575 EAGAN                                   78 OTHER  ALVAREZ    JAIME
MN 55121

E2000  SUB ID:308000  CPID:4354
       CD P ** A 14 31 00 26 58 **  TSH CLAIM ID:1317910006784      CLAIM ID:1366795    00001

| | | | | | | |
|---|---|---|---|---|---|---|
| | BOCA RATON REGIONAL HOSP | BRRH MAIL CODE 5599 | | 030708026002 | STATEMENT COVERS PERIOD FROM THROUGH | TYPE 0117 |
| | 800 MEADOWS ROAD | P O BOX 105046 | | H1314500000 | | |
| | BOCA RATON FL 334862304 | ATLANTA GA 30348 | | H0006742297 MCK2 | | |
| PATIENT NAME | 5613957100 | PATIENT ADDRESS | | 591006663 | 052513 061513 | |
| | STT8985700 | | 800 SE 20TH AVENUE | | | |
| BIRTHDATE MCGEE, MOLLY T | SEX DATE ADMISSION HR TYPE SRC DHR STAT | DEERFIELD BE | CONDITION CODES | ACDT STATE | 3441 | |
| 12171982 | | | | | | |

| OCCURRENCE CODE DATE | OCCURRENCE CODE DATE | OCCURRENCE CODE DATE | OCCURRENCE CODE DATE | OCCURRENCE SPAN CODE FROM THROUGH | OCCURRENCE SPAN CODE FROM THROUGH | |
|---|---|---|---|---|---|---|
| 11 052513 | 35 060413 | | | | | |

MOLLY T MCGEE
800 SE 20TH AVENUE
UNIT 110
DEERFIELD BE, FL 33441

| VALUE CODES CODE AMOUNT | VALUE CODES CODE AMOUNT | VALUE CODES CODE AMOUNT |
|---|---|---|
| | 01 1150.00 | 80 21.00 |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0324 | DX X-RAY/CHEST | | | 17 | 3474.19 | |
| 0341 | NUC MED/DX | | | 3 | 7277.59 | |
| 0343 | NUC MED/DX RADIOPHARM | | | 1 | 1281.32 | |
| 0351 | CT SCAN/HEAD | | | 1 | 1297.80 | |
| 0352 | CT SCAN/BODY | | | 3 | 5816.41 | |
| 0360 | OR SERVICES | | | 5 | 7800.00 | |
| 0360 | OR SERVICES | 33967 | | 1 | 2678.00 | |
| 0370 | ANESTHESIA | | | 6 | 2045.58 | |
| 0402 | ULTRASOUND | | | 2 | 1881.81 | |
| 0410 | RESPIRATORY SVC | | | 30 | 8243.09 | |
| 0420 | PHYSICAL THERP | | | 9 | 902.28 | |
| 0424 | PHYS THERP/EVAL | | | 1 | 238.96 | |
| 0450 | EMERG ROOM | | | 10 | 3082.43 | |
| 0480 | CARDIOLOGY | | | 10 | 10780.16 | |
| 0482 | STRESS TEST | | | 1 | 1140.21 | |
| 0610 | MRI | | | 1 | 1854.00 | |
| 0636 | DRUG/DETAIL CODE | | | 1170 | 14130.08 | |
| 0710 | RECOVERY ROOM | | | 5 | 2000.00 | |
| 0730 | EKG/ECG | | | 5 | 1364.75 | |
| 0761 | TREATMENT ROOM | | | 5 | 484.10 | |
| 0921 | PERI VASCUL LAB | | | 3 | 2859.28 | |
| 0001 | PAGE 2 OF 2 | | 070213 CREATION DATE | TOTALS | 201975.58 | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | REL INFO | ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1902826779 |
|---|---|---|---|---|---|---|
| PHCS MED PLUS SHORT TER | | | | | 201975.58 | 57 OTHER PRV ID 0664806 |

| 58 INSURED'S NAME | REL | INSURED'S UNIQUE ID | GROUP NAME | INSURANCE GROUP NO. |
|---|---|---|---|---|
| MCGEE, MOLLY, T | | STT8985700 | | SIX177 |

3642 TREATMENT AUTHORIZATION CODES    DOCUMENT CONTROL NUMBER  CORRECTED CLAIM    EMPLOYER NAME

| 59010 | Y486 | N51881 | N0389 | N99592 | N42821 | N78551 | N4275 | N2761 | Y |
|---|---|---|---|---|---|---|---|---|---|
| 95601 | N1122 | Y00845 | N5934 | Y42983 | N7824 | Y59971 | Y591 | Y2768 | N |
| 59010 | | | | 981 | | | | | |

| ADMIT DX 998 | PATIENT REASON DX 7761 | | | 71 PPS 8774 | 72 ECI 2613 | | | 1306073499 | OBME0112655 |
|---|---|---|---|---|---|---|---|---|---|
| PRINCIPAL PROCEDURE CODE DATE 9960 052913 | OTHER PROCEDURE CODE DATE 3893 052913 | OTHER PROCEDURE CODE DATE 3891 052913 | | | | 76 ATTENDING GOLUB NPI 1023018744 | | FIRST JASON QUAL 0BME0082831 | |
| OTHER PROCEDURE | OTHER PROCEDURE LUS 0528 | OTHER PROCEDURE | | | | 77 OPERATING BARNES NPI 1013904457 | | FIRST NATHALIE QUAL | |
| REMARKS TER PO BOX 21575 EAGAN, MN 55121 | | | | | | 78 OTHER ALVAREZ LAST | NPI | FIRST JAIME QUAL | |
| | | | | | | 79 OTHER LAST | NPI | FIRST QUAL | |
| | E2000 SUB ID:308600 CP ID:4354 CD P ** A 14 31 00 26 58 ** | | | TSH CLAIM ID:1017910006784 | | CLAIM ID:1366795 | 00002 | FIRST | |

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   NUBC   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.